```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3148 |
| | ) | |
| v. | ) | |
| | ) | |
| CHAD W. FERGUSON, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

The court has been advised that the defendant still has four outstanding felony warrants that are active. Thus, without a plan for the resolution of those cases, it is not practicable for this court to consider his release.

IT THEREFORE HEREBY IS ORDERED,

The motion to modify conditions of release, filing no. 72, is denied.

DATED this 11th day of December, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge