```
                 IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3148 |
| | ) | |
| v. | ) | |
| | ) | |
| CHAD W. FERGUSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion to restrict, filing no. 135, is granted and the defendant's motion to modify conditions of detention (filing no. 136) shall remain filed as a restricted document.

DATED this 23rd day of February, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge